No. 41,067

THE CITY OF McPHERSON, KANSAS, CITY OF MOUNDRIDGE, KANSAS, CITY OF INMAN, KANSAS, *Appellees*, v. R. V. SMRHA, Chief Engineer, Division of Water Resources, Kansas State Board of Agriculture, *Appellant*.

(396 P. 2d 269)

Opinion filed November 7, 1964.

*William Ferguson*, Attorney General, *Robert E. Hoffman*, Assistant Attorney General, and *Warden L. Noe*, Special Assistant Attorney General, all of Topeka, appeared on the Stipulation for Decision for the appellant.

*Robert Stover*, of Moundridge, *George R. Lehmberg*, of Inman, and *J. R. Rhoades*, of McPherson, appeared on the Stipulation for Decision for the appellees.

*Per Curiam:* This appeal is from a judgment made and entered during a pretrial conference. The district court held the Water Appropriation Act of 1945 (G. S. 1949, 82a-701, *et seq.*, as amended) to be in violation of the constitution of the state of Kansas and the fourteenth amendment to the federal constitution.

The same issues of fact and legal questions were before this court in *City of Hesston v. Smrha*, 184 Kan. 223, 336 P. 2d 428 and *City of Hesston v. Smrha*, 186 Kan. 477, 351 P. 2d 204. The parties recognize that the opinions and decisions in those cases control the decision in the present case and consent to a reversal of the trial court's judgment.

The judgment of the trial court is reversed with instructions to proceed in accordance with the views expressed in the above cited cases.